ACCEPTED
12-14-00229-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/15/2015 10:28:01 PM
CATHY LUSK
CLERK

**IN THE COURT OF APPEALS**

**TWELFTH DISTRICT OF TEXAS**

**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/15/2015 10:28:01 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **BLAKE CARRINGTON GEE,** | § | |
| **APPELLANT** | § | |
| | § | |
| **VS.** | § | **APPEAL NO. 12-14-00229-CR** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **APPELLEE** | § | |

**AMENDED MOTION TO WITHDRAW**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now Movant L. CHARLES VAN CLEEF, counsel for BLAKE CARRINGTON GEE, Appellant herein, and files this, his Amended Motion to Withdraw in accordance with TEX. R. APP. P. 6.5. and this Court's Thursday, January 15, 2015, Order.

By previous filing, the undersigned has filed an Anders Brief. Accordingly, the undersigned respectfully requests that he be allowed to withdraw from further representation in this matter.

In accordance with Rule 6.5 of the Texas Rules of Appellate Procedure, the undersigned certifies:

1

1. There are no current deadlines in this case aside from the deadline to file this motion.

2. Appellant's name and last known address are:

   BLAKE CARRINGTON GEE, TDCJ NO 01948254
   Joe F. Gurney Transfer Facility
   1385 FM 3328
   Tennessee Colony, TX 75803

3. As noted in the below Certificate of Service, this motion has been delivered to Appellant both by Certified Mail, Return Receipt Requested and by First Class Mail.

4. Appellant is hereby notified of his right to object in writing.

5. Appellant has a right to obtain a copy of the record from the undersigned for preparation of a *pro se* brief.

   a. The undersigned has previously provided a copy of the record, both the Clerk's Record and the Reporter's Record, to Appellant with the filing of the original Anders Brief and Motion to Withdraw; this is acknowledged in Appellant's Motion for Extension of Time to file Brief. Appellant received the copy on December 22, 2014, according to his motion requesting additional time in which to prepare his own *pro se* Brief.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that his Amended Motion to Withdraw be **GRANTED**, that he be relieved from further representation of Appellant in this matter, and for any other and further relief, whether at law or in equity, to which he has shown himself justly entitled.

2

Respectfully submitted,


/s/ L. Charles van Cleef

_____

L. Charles van Cleef
State Bar No. 00786305

P.O. Box 2432
Longview, Texas 75606-2432
(903) 248-8244 Telephone
(903) 248-8249 Facsimile

COUNSEL FOR APPELLANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by electronic filing to counsel for Appellee in accordance with TEX. R. APP. P. 9.5(b)(1) on this Thursday, January 15, 2015.

Further, a true and correct copy of the foregoing instrument has been forwarded by Certified Mail, Return Receipt Requested and by First Class Mail, to:

BLAKE CARRINGTON GEE, TDCJ NO 01948254
Joe F. Gurney Transfer Facility
1385 FM 3328
Tennessee Colony, TX 75803

on the same date.

/s/ L. Charles van Cleef

_____
L. Charles van Cleef

4